# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cv385

| | |
|---|---|
| CRYSTAL HARRIS, | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER<br>) |
| JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C., and ORTHO-MCNEIL PHARMACEUTICAL, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court on defendants' Motion to Stay. Three days after this court entered its Show Cause Order, the judicial Panel on Multidistrict Litigation ("MDL") transferred this matter to the Northern District of Ohio for coordinated pretrial proceedings pursuant to 28, United States Code, Section 1407, as a tag-along action. Having considered defendants' motion and reviewed the pleadings, and it appearing that respective counsel have been most diligent in moving this case forward and that the Order from the Judicial Panel quite literally passed this court's Order in the mail, the Show Cause Order will be withdrawn and the stay granted in light of the transfer. <u>In re Ortho Evra Products Liability Litigation</u>, Docket No. 1742.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Stay (#10) is **GRANTED,** the Show Cause Order is withdrawn, the hearing is **CANCELED**, and this matter is administratively **STAYED** pending receipt from the transferee district of the final Order effectuating the Section 1407 transfer.

Signed: June 7, 2007

Dennis L. Howell
United States Magistrate Judge